# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0256
LT Case No. 2023-CF-000465

———————————————

ALLAN J. RADI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Hani Demetrious and Robert David Malove, of the Law Office of
Robert David Malove, P.A., Ft. Lauderdale, for Appellant.
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

October 8, 2024

PER CURIAM.

In this appeal from his probation revocation and sentence for
possession of a controlled substance, Appellant claims that the
trial court erred in denying his motion to correct sentencing error
pursuant to Florida Rule of Criminal Procedure 3.800(b)(2)
because the court was required to modify or continue Appellant's

probation under section 948.06(2)(f), Florida Statutes (2023). Contrary to the State's assertion, this claim is properly preserved for appeal because it was raised in Appellant's rule 3.800(b)(2) motion. Since the State does not dispute that Appellant met all four conditions of section 948.06(2)(f), the trial court was required to modify or continue Appellant's probation. Accordingly, we reverse and remand for resentencing.

REVERSED and REMANDED.

JAY, HARRIS, and SOUD, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––